**Dismissed and Opinion Filed April 25, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01169-CV

**TEXAS STANDARD CONSTRUCTION, LTD., TSC MANAGEMENT, INC., RON DALTON, AND SAM DALTON, Appellants**
**V.**
**TPG PRESSURE, INC. D/B/A THOMPSON PIPE GROUP-PRESSURE, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-14780**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Garcia

On January 30, 2024, we sent a letter to the parties questioning our jurisdiction because the complained-of summary judgment order does not appear to be final or an appealable interlocutory order. We directed appellants to file a letter brief addressing our jurisdictional concern. Appellants responded to our jurisdictional inquiry, conceding the complained-of order in this case does not dispose of all the parties and claims and does not otherwise reflect the order is final. Appellee also filed a letter brief agreeing that we lack jurisdiction over this appeal. Because a final judgment or appealable interlocutory order is a prerequisite to this Court's

jurisdiction, and the record reflects neither, we dismiss this appeal. *See Lehman v.*

*Har-Con, Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).


231169f.p05

/Dennise Garcia/
DENNISE GARCIA
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TEXAS STANDARD
CONSTRUCTION, LTD., TSC
MANAGEMENT, INC., RON
DALTON, AND SAM DALTON,
Appellants

No. 05-23-01169-CV     V.

TPG PRESSURE, INC. D/B/A
THOMPSON PIPE GROUP-
PRESSURE, Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-14780.
Opinion delivered by Justice Garcia.
Justices Reichek and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED** for lack of jurisdiction.


Judgment entered this 25th day of April, 2024.